IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARY E. CID | § | |
| v. | § | CIVIL ACTION NO. 9:12CV192 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET BACKED NOTES, *et al.* | § § § § § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #12) recommends that the case be administratively closed, subject to reopening upon notice from the parties that the bankruptcy proceeding has been resolved. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled case is hereby **ADMINISTRATIVELY CLOSED**, subject to reopening upon notice from the parties that the bankruptcy proceeding has been resolved.

So **ORDERED** and **SIGNED** this **9** day of **May, 2013.**

_____
Ron Clark, United States District Judge